■
**Donnie Gene FOUTCH, Appellant,**

**v.**

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

May 31, 1974.

John M. Lyttle, Manchester, for appellant.

Ed W. Hancock, Atty. Gen., Clay Miller, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion by Justice MILLIKEN, Affirming.*

■
**M. E. LUKINS, Appellant,**

**v.**

**A. A. MEDER, etc., et al., Appellees.**

**A. A. MEDER & MEDER CORP. et al., Appellants,**

**v.**

**Noble LILLARD et al., Appellees.**

Court of Appeals of Kentucky.

Feb. 1, 1974.

As Modified on Denial of Rehearing
June 21, 1974.

Richard M. Trautwein, Rubin & Trautwein, Charles C. McConnell, Louisville, for appellants.

Preston L. Terry, III, Richard M. Trautwein, Sandy Paniello, Louisville, for appellees.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

■
**Ann STUART, Appellant,**

**v.**

**J. Ewing STUART et al., Appellees.**

Court of Appeals of Kentucky.

March 15, 1974.

As Modified on Denial of Rehearing
June 21, 1974.

Charles C. Adams, Adams & Adams, Somerset, for appellant.

Thomas A. Noe, Jr., G. S. Milam, Sr., Russellville, for appellees.

Memorandum Opinion of the Court by Commissioner CATINNA, Reversing.*

* Opinion ordered not to be published.